GEORGIAN PRESS, INC., Respondent, *v.* HAZEL L. HILL, Appellant, et al., Defendants.

Supreme Court, Appellate Term, First Department, March 2, 1944.

See headnote, 180 Misc. 548.

*Edward F. James* and *Benn Barber* for appellant.

*M. Emanuel Kaiser* for respondent.

Judgment and order affirmed, with costs. No opinion.

Concur: HAMMER, McLAUGHLIN and EDER, JJ.